**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7209**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

PHILIP KENT FINLEY,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CR-97-2, CA-98-81-2)

———————

Submitted:  October 20, 1998        Decided:  November 4, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Philip Kent Finley, Appellant Pro Se.  Sherry L. Muncy, OFFICE OF THE UNITED STATES ATTORNEY, Elkins, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Philip Kent Finley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Finley, Nos. CR-97-2; CA-98-81-2 (N.D.W. Va. July 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2